## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

SUSANA VALEZQUEZ-ESTRELLA, as next friend of A.E. her minor daughter,

Plaintiffs,
v.

SIERRA'S CLEANING SERVICES, INC., ISS FACILITY SERVICES, INC., CITY AND COUNTY OF DENVER, and DENVER INTERNATIONAL AIRPORT

Defendants.

## NOTICE OF REMOVAL

Please take notice that Defendants City and County of Denver ("Denver") and ISS Facility Services, Inc. ("ISS"), pursuant to 28 U.S.C. § 1332, et seq., 28 U.S.C. § 1441, et seq., and 28 U.S.C. § 1446, et seq., hereby files their Notice of Removal of this action from the District Court, City and County of Denver, State of Colorado, Case No. 2021CV32646, to the United States District Court for the District of Colorado. The grounds for this removal are that there is complete diversity of citizenship among the parties and the amount alleged to be in controversy exceeds $75,000, and all properly served defendants consent to said removal

## BACKGROUND

1.      The present State Court Action was initiated by the Plaintiff on August 23, 2021.   Plaintiff's Complaint and Jury Demand is attached hereto as **Exhibit A** ("Complaint").

2. Denver was served with the Complaint on October 6, 2021. A copy of the Summons to Denver and the Civil Cover Sheet served with the Complaint are attached as **Exhibits B and C**.

3. ISS was served with the Complaint on October 7, 2021. A copy of the Return of Service and Summons are attached as **Exhibits D and E**.

4. Thirty days have not passed since Plaintiff served the Complaint in the State Court Action. Thus, pursuant to 28 U.S.C. § 1446, the removal is timely.

5. That all properly served Defendants consent to this removal.

### DIVERSITY OF CITIZENSHIP

6. Plaintiff, Susana Velasquez-Estrella [hereafter "Plaintiff Estrella" or "Plaintiff"], is a citizen of the State of Nevada, with a street address of 3043 Scarborough Street, Sparks, Nevada, and is over the age of 18 years. See **Exhibit A** at ¶ 1.

7. Upon information and belief, Plaintiff is not a citizen of the state of Colorado.

8. Denver is a governmental municipal corporation of the State of Colorado, with a street address of 201 W. Colfax Avenue, Denver, CO 80202.

9. ISS is a corporation formed pursuant to the laws of Delaware with its principal place of business located at 117 Central Parkway N., San Antonio, TX 78232.

10. Thus, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(c)(1).

## JURISDICTION IS PROPER IN THIS COURT

11.    The Court has subject matter jurisdiction over this dispute under 28 U.S.C. § 1332 because the dispute arises between citizens of different states and the amount alleged to be in controversy exceeds $75,000.

12.    Specifically, Plaintiff alleges in the Civil Cover Sheet filed with the Complaint that the amount sought is greater than $100,000. **Ex. C**, p 1. The civil cover sheet filed in the state court action establishes that the amount in controversy exceeds $75,000. *Paros Properties, LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) (Colorado state court civil cover sheet indicating amount sought is greater than $100,000 suffices to put the defendants on notice that the amount in controversy exceeds $75,000 for purposes of 28 U.S.C. § 1446).

13.    The U.S. District Court for Colorado embraces the geographic region where the State Court Action is pending. Pursuant to Local Rule 81.1, Defendants attach a current docket sheet from the state court proceeding as **Exhibit F**. There are no pending motions or upcoming hearing dates set in the state action that are being removed.

14.    Accordingly, Defendants have demonstrated by a preponderance of the evidence that they are entitled to remove this action pursuant to 28 U.S.C. § 1446(a). See, *McPhail v Deere & Co.*, 529 F.3d 947, 953 (10th Cir. 2008).

WHEREFORE, Defendants City and County of Denver and ISS Facility Services, Inc. hereby remove the above captioned case from the District Court, City and County of Denver, State of Colorado, to the U.S. District Court for the District of Colorado as

3

provided by law and will proceed with this action as if it had originally been commenced in this Court.

Dated this 22nd day of October, 2021.

Respectfully submitted,

s/ Andrew J. Carafelli
Andrew J. Carafelli
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone: 720-875-9140
Fax: 720-875-9141
acarafelli@hkjp.com
ATTORNEYS FOR DEFENDANTS CITY
AND COUNTY OF DENVER AND ISS
FACILITY SERVICES, INC.

## CERTIFICATE OF SERVICE

I certify that on October 22, 2021, I electronically filed **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Nathan T. Mattison, #38627
Jenna D. Poe, #55784
Law Offices of Dianne Sawaya, LLC
4500 Cherry Creek Drive South,
Suite 1030
Denver, CO 80246
*Attorneys for Plaintiff*

s/ Andrew J. Carafelli