| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>1437 Bannock Street<br>Denver, CO 80202<br>303-606-2300 | DATE FILED: August 23, 2021 11:27 AM<br>FILING ID: E6FF595AB6AFF<br>CASE NUMBER: 2021CV32646 |
| Plaintiff:   **SUSANA VALEZQUEZ-ESTRELLA, as next friend of her minor daughter ALEXIA ESTRELLA**<br><br>v.<br><br>Defendants: **SIERRA'S CLEANING SERVICES, INC., ISS FACILITY SERVICES, INC., CITY AND COUNTY OF DENVER, and DENVER INTERNATIONAL AIRPORT** | ▲ **COURT USE ONLY** ▲ |
| **Attorneys for Plaintiff:**<br>Nathan T. Mattison, #38627<br>Jenna D. Poe, #55784<br>Law Offices of Dianne Sawaya, LLC<br>4500 Cherry Creek Drive South, Suite 1030<br>Denver, CO 80246<br>Phone Number: (303) 758-4777<br>Fax Number: (303) 758-4779<br>E-mail: nmattison@dlslawfirm.com<br>E-mail: jpoe@dlslawfirm.com | Case Number:<br><br>Division: |
| **SUMMONS – DENVER INTERNATIONAL AIRPORT** | |

**DEFENDANT:** Denver International Airport
c/o Mayor, City Manager, Clerk or Deputy
201 West Colfax Ave, Dept. 1108
Denver, CO 80202

   **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached complaint within twenty-one (21) days after this summons is served on you in the State of Colorado, or within thirty-five (35) days after this summons is served on you outside the State of Colorado. If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you. The following documents are also served with summons:  Complaint, Cover Sheet.

Dated: August 23, 2021.                                  Law Offices of Dianne Sawaya, LLC


                                                                       *s/ Jenna D. Poe*
                                                                       Jenna D. Poe
                                                                       Nathan T. Mattison
                                                                       *Attorneys for Plaintiff*


**EXHIBIT B**